JS-6

FERMIN H. LLAGUNO, Bar No. 185222
fllaguno@littler.com
LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine, CA 92612
Telephone: 949.705.3000
Facsimile: 949.724.1201

Attorneys for Defendant
SONENDO, INC.

SAM@GSCLEAVERLAW.COM
LAW OFFICES OF G. SAMUEL CLEAVER
5670 Wilshire Blvd., 18th Floor
Los Angeles, CA 90036
Telephone: 213.568.4088
Facsimile: 213.568.4105

KEVIN J. DOLLEY, Missouri Bar No. 54132, *pro hac vice*
kevin@dolleylaw.com
JAMES C. KEANEY, Missouri Bar No. 67173, *pro hac vice*
james.keaney@dolleylaw.com
DOLLEY LAW, LLC
12977 N. Outer Forty, Suite 230
St. Louis, MO 63141
Telephone: 314.645.4100
Facsimile: 314.736.6216

Attorneys for Plaintiffs
GARY MICHAEL FITE AND JEFFREY AIDEN GREY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRY MICHAEL FITE, JEFFREY AIDEN GREY, individually and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SONENDO, INC.,<br><br>Defendant. | Case No. 8:20-CV-00833-DOC (ADSx)<br><br>**ORDER OF DISMISSAL OF ACTION WITH PREJUDICE [45]** |

LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine CA 92612
949.705.3000

4847-9055-7140.2 108357.1001

1  The Court has reviewed that Parties' Joint Stipulation For Dismissal of Action
2  With Prejudice and hereby orders as follows:
3  1.  That the above-captioned action filed against Defendant Sonendo, Inc. is
4  dismissed, in its entirety, with prejudice; and
5  2.  That the Parties shall each bear their own costs and attorneys' fees incurred
6  in connection with this action, except as otherwise agreed between the Parties.
7  IT IS SO ORDERED.
8  Dated:   December 17, 2020

*David O. Carter*

HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine CA 92612
949.705.3000

4847-9055-7140.2 108357.1001                     2.